UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LELAND FOSTER,

   Plaintiff,       Case No. 1:15-cv-10916-TLL-PTM

v.             Hon. Thomas L. Ludington
              Magistrate Judge Patricia T. Morris

SYBRA, LLC, et al.

   Defendant.

---

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendants, through their respective counsel, hereby stipulate that this action shall be dismissed with prejudice, with each party to bear his or its own costs and attorneys' fees.

Accordingly, it is **ORDERED** that this matter is **DISMISSED** with **PREJUDICE**.

                   s/Thomas L. Ludington
                   THOMAS L. LUDINGTON
                   United States District Judge

Dated: June 10, 2015

Agreed as to form and content.

| | |
|---|---|
| */s/ Owen B. Dunn, Jr.* | */s/James F. Hermon* |
| Owen B. Dunn, Jr. | James F. Hermon |
| Counsel for Plaintiff | Counsel for Defendants |

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 10, 2015.

                                      s/Karri Sandusky
                                      Karri Sandusky, Acting Case Manager